Jason Crews
1515 N. Gilbert Rd Ste 107-206
Gilbert, AZ 85233



U.S. POSTAGE PAID
FCM LG ENV
GILBERT, AZ
85234
MAY 30, 23
AMOUNT
$2.70
RDC 99   85003   R2305K132544-03

United States District Court District of Arizona - Phoenix Division
Sandra Day O'connor U.S. Courthouse, Ste 130
401 W. Washington St, Spc 1
Phoenix, AZ 85003-2118

RECEIVED
JUN 01 2023
CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA