# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Crews, | No. CV-23-00969-PHX-MTL |
| Plaintiff, | **ORDER** |
| v. | |
| Ronald DeSantis, | |
| Defendant. | |

The Court has considered Plaintiff's Motion to Allow Electronic Filing by a Party Appearing Without an Attorney and Supporting Information. (Doc. 7)

Finding good cause,

**IT IS ORDERED:**

1. The Motion (Doc. 7) is **granted**.

2. Plaintiff must comply with all rules outlined in the District of Arizona's Case Management/Electronic Case Filing Administrative Polices and Procedures Manual, have access to the required equipment and software, have a personal electronic mailbox of sufficient capacity to send and receive electronic notice of case-related transmissions, be ale to electronically transmit documents to the Court in .pdf format, complete the form to register as a user with the Clerk's Office within five days of the date of this Order, register as a subscriber to PACER (Public Access to Court Electronic Records) within five days of this Order, and comply with the privacy policy of the Judicial Conference of the United States and the E-Government Act of 2002.

3. Any misuse of the Case Management/Electronic Case Filing system will result in immediate discontinuation of this privilege and disabling of the login credentials assigned to the party.

Dated this 30th day of June, 2023.

*Michael T. Liburdi*
Michael T. Liburdi
United States District Judge