## RETURN OF SERVICE

SHERIFF NUMBER: 23009602

PARTY TO BE SERVED
RONALD DESANTIS
400 S MONROE STREET
TALLAHASSEE, FL

ATTORNEY / PETITIONER
JASON CREWS
164 W LAUREL COURT
GILBERT, AZ

PLAINTIFF:    JASON CREWS
  -VS-
DEFENDANT:   RONALD DESANTIS

TYPE OF WRIT: SUMMONS IN A CIVIL ACTION, COMPLAINT

COURT:    UNITED STATES DISTRICT COURT FOR           COURT DATE:              THE
DISTRICT OF ARIZONA /                                COURT TIME:
    CASE #:   CV-23-00969-PHX-MTL

Received the above-named writ on July 12, 2023, at 9:54 AM, and SERVED the same on the 19th day of July 2023, at 10:15 AM.  Service was completed at 400 S MONROE STREET TALLAHASSEE, FL in LEON County, Florida, as follows:

GOVERNMENTAL AGENCY / OFFICIAL / ASSOCIATION / CORPORATION

By delivering a true copy of this writ together with a copy of the initial pleadings, if any, with the date and hour of service endorsed thereon by me to Nick Meros as LEGAL of the within named Defendant to-wit: RONALD DESANTIS .
Served.

SERVICE COST: $40.00
williamsy, CIVIL CLERK

WALT MCNEIL, SHERIFF
LEON COUNTY, FLORIDA

COURT:

 COUNTY CLERK OF COURT
AZ

BY:_____
      Process Server Matthew Rogers, Badge # 1502

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Arizona ▾

| | |
|---|---|
| Jason Crews | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| Ronald DeSantis | ) |
| | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |

Civil Action No.  CV-23-00969-PHX-MTL

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Ronald DeSantis
The Capitol
400 S. Monroe St.
Tallahassee, FL 32399-0001

SERVED THIS __12__ DAY OF __Jul.__ 20_23_ AT _10:15_ A.M. _____ P.M.

WALT McNEIL, SHERIFF OF LEON COUNTY, FL

BY _McKane 1502 Matt Rogers_ DS

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Jason Crews
1515 N Gilbert Rd Ste 107-204
Gilbert, AZ 85234

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

D. Draper

*Signature of Clerk or Deputy Clerk*

ISSUED ON  4:00 pm, Jun 05, 2023

s/ Debra D. Lucas, Clerk

12 JUL 2023  8:35 RCVD