Jason Crews
1515 N Gilbert Rd Ste 107-204
Gilbert, AZ 85234
602-295-1875
Jason.crews@gmail.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Crews,<br><br>                Plaintiff,<br><br>vs.<br><br>Ronald DeSantis<br><br><br><br>                Defendant | Case No.: 2:23-cv-00969-PHX-MTL<br><br><br>MOTION FOR COSTS OF SERVICE |

Pursuant to Federal Rules of Civil Procedure 4(d)(2) ("Rule"), Plaintiff respectfully moves the Court to impose on the defendants the expenses incurred in making service in the amount of $40.

On June 5, 2023 Plaintiff, via certified mail (Exhibit 1), Plaintiff sent Defendants the following:

- two copies of Notice of Lawsuit and Request to Waive Service of a Summons addressed to Ronald DeSantis ("DeSantis"),

- two copies of Waiver of Service of Summons addressed DeSantis,

- a copy of the filed complaint,

- and a self addressed and stamped envelope.

1

On June 4, 2023, the afore mentioned documents ("Packet") were delivered to defendant at (Exhibit 2) at 400 S Monroe St, Tallahassee, FL 32399 DeSantis' normal place of business.

After receiving no response from Defendants after 30 days, Plaintiff enlisted the services of the Leon County Sheriff for service.   DeSantis was successfully served as follows:

- DeSantis at their registered agent, United States Corporation Agency, Inc at 400 S Monroe St, Tallahassee, FL 32399 on July 12, 2023, at 9:54 AM. (Exhibit 3)

As a result of Defendants failure to return the waiver Plaintiff requests from the Court award of $40.

Dated this July 27, 2023.

Dated this July 27, 2023.

/s/
_____
Jason Crews

I, Jason Crews, hereby certify a true and original copy of the forgoing has been or will be mailed and emailed on July 27, 2023 to:

**COPIES** of the forgoing were filed with the court electronically via CM/ECF this same date.

**COPIES** of the forgoing were served via USPS this same date upon:
Ronald DeSantis
400 S Monroe St, Tallahassee, FL 32399

By: _____ /s/ _____

    Jason Crews

# EXHIBITS

# Exhibit 1



**U.S. Postal Service™**
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Tallahassee, FL 32399

OFFICIAL USE

| | | |
|---|---|---|
| Certified Mail Fee | $4.15 | 0240 |
| $ | $3.35 | 03 |
| Extra Services & Fees *(check box, add fee as appropriate)* | | |
| ☐ Return Receipt (hardcopy) | $ $0.00 | |
| ☐ Return Receipt (electronic) | $ $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | Here |
| ☐ Adult Signature Required | $ $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | | |
| $ | $1.98 | |
| Total Postage and Fees | | 06/06/2023 |
| $ | $9.48 | |

Sent To    Ronald DeSantis

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

# Exhibit 2

6/23/23, 11:44 PM                                    USPS.com® - USPS Tracking® Results

# USPS Tracking®

FAQs ›

**Tracking Number:**

## 9589071052700484322404

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

Remove ✕

### Latest Update

Your item has been delivered and is available at a PO Box at 8:17 am on June 14, 2023 in TALLAHASSEE, FL 32301.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered
**Delivered, PO Box**
TALLAHASSEE, FL 32301
June 14, 2023, 8:17 am

**Delivered to Agent for Final Delivery**
TALLAHASSEE, FL 32301
June 14, 2023, 7:34 am

**Arrived at Post Office**
TALLAHASSEE, FL 32301
June 14, 2023, 5:46 am

**In Transit to Next Facility**
June 13, 2023

**Arrived at USPS Regional Destination Facility**
TALLAHASSEE FL DISTRIBUTION CENTER
June 10, 2023, 8:44 am

**Departed USPS Regional Destination Facility**

# Exhibit 3

| RETURN OF SERVICE |
|---|

SHERIFF NUMBER: 23009602

**PARTY TO BE SERVED**
RONALD DESANTIS
400 S MONROE STREET
TALLAHASSEE, FL

**ATTORNEY / PETITIONER**
JASON CREWS
164 W LAUREL COURT
GILBERT, AZ

PLAINTIFF:   JASON CREWS
        -VS-
DEFENDANT:   RONALD DESANTIS

TYPE OF WRIT: SUMMONS IN A CIVIL ACTION, COMPLAINT

COURT:    UNITED STATES DISTRICT COURT FOR
DISTRICT OF ARIZONA /
    CASE  #:    CV-23-00969-PHX-MTL

COURT DATE:                    THE
COURT TIME:

Received the above-named writ on July 12, 2023, at 9:54 AM, and SERVED the same on the 19th day of July 2023, at 10:15 AM.  Service was completed at 400 S MONROE STREET TALLAHASSEE, FL in LEON County, Florida, as follows:

GOVERNMENTAL AGENCY / OFFICIAL / ASSOCIATION / CORPORATION

By delivering a true copy of this writ together with a copy of the initial pleadings, if any, with the date and hour of service endorsed thereon by me to Nick Meros as LEGAL of the within named Defendant to-wit: RONALD DESANTIS .
Served.

SERVICE COST: $40.00
williamsy, CIVIL CLERK

WALT MCNEIL, SHERIFF
LEON COUNTY, FLORIDA

COURT:

COUNTY CLERK OF COURT
AZ

BY:_____
Process Server Matthew Rogers, Badge # 1502