Jason Crews
1515 N. Gilbert Rd 107-204
Gilbert, AZ 852334
602-295-1875
Jason.crews@gmail.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

PHOENIX DIVISION

| | |
|---|---|
| Jason Crews,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>Ronald DeSantis.,<br><br>　　　　　　　Defendants. | Case No.: 2:22-cv-02120-SMB<br><br>**REQUEST FOR ENTRY OF DEFAULT AGAINST RONALD DESANTIS** |

**REQUEST FOR ENTRY OF DEFAULT
AGAINST RONALD DESANTIS**

Pursuant to Federal Rule of Civil Procedure ("Rule") 55(a) Plaintiff, Jason Crews ("Crews"), respectfully requests that the Clerk of the Court enter a default against Defendant Ronald DeSantis. In support of his request, Crews states as follows:

- The summons for Ronald DeSantis was issued June 5, 2023.
- Pursuant to Rule 12 (A)(1)(a) Pineda had 21 days to serve their answer.
- Service was completed July 12, 2023 (Exhibit 1).
- Proof of service was filed July 27, 2023.
- No answer, motion or responsive pleading has been filed within the time limit fixed by the court.

- DeSantis the Governor of the State of Florida, and I have no reason to believe he is either an infant nor an incompetent person. Moreover, I have queried the Department of Defense's SCRA website, and it has indicated that DeSantis is not currently in the military service of the United States.

Dated this August 2, 2023.

/s/*Jason Crews*

Jason Crews

**COPIES** of the forgoing were filed with the court electronically via CM/ECF this same date.

**COPIES** of the forgoing were served via USPS this same date upon:
Ronald DeSantis
400 S Monroe St, Tallahassee, FL 32399

By:        /s/*Jason Crews*

Jason Crews

# Exhibits

Exhibit 1

## RETURN OF SERVICE

SHERIFF NUMBER: 23009602

**PARTY TO BE SERVED**
RONALD DESANTIS
400 S MONROE STREET
TALLAHASSEE, FL

**ATTORNEY / PETITIONER**
JASON CREWS
164 W LAUREL COURT
GILBERT, AZ

PLAINTIFF:   JASON CREWS
 -VS-
DEFENDANT:   RONALD DESANTIS

TYPE OF WRIT: SUMMONS IN A CIVIL ACTION, COMPLAINT

COURT:   UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA /
CASE #:   CV-23-00969-PHX-MTL

COURT DATE:
COURT TIME:

Received the above-named writ on July 12, 2023, at 9:54 AM, and SERVED the same on the 19th day of July 2023, at 10:15 AM. Service was completed at 400 S MONROE STREET TALLAHASSEE, FL in LEON County, Florida, as follows:

GOVERNMENTAL AGENCY / OFFICIAL / ASSOCIATION / CORPORATION

By delivering a true copy of this writ together with a copy of the initial pleadings, if any, with the date and hour of service endorsed thereon by me to <u>Nick Meros</u> as <u>LEGAL</u> of the within named Defendant to-wit: RONALD DESANTIS .
Served.

SERVICE COST: $40.00
williamsy, CIVIL CLERK

WALT MCNEIL, SHERIFF
LEON COUNTY, FLORIDA

COURT:

COUNTY CLERK OF COURT
AZ

BY: _____
Process Server Matthew Rogers, Badge # 1502