Jason Crews
1515 N. Gilbert Rd 107-204
Gilbert, AZ 852334
602-295-1875
Jason.crews@gmail.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

PHOENIX DIVISION

| | |
|---|---|
| Jason Crews, | Case No.: 2:23-cv-00969-PHX-MTL |
| Plaintiff, | |
| v. | DECLARATION OF JASON CREWS |
| Ronald DeSantis, | IN SUPPORT OF ENTRY OF DEFAULT |
| Defendants. | AGAINST RONALD DESANTIS |

**DECLARATION OF JASON CREWS
IN SUPPORT OF ENTRY OF DEFAULT
AGAINST RONALD DESANTIS**

1. My name is Jason Crews. I am over 18 years old. I can testify competently to the undersigned statements.

2. The Defendant in this action, Ronald DeSantis ("DeSantis"), was served a copy of the summons and complaint July 12, 2023.

3. Pineda was required to file an answer no later than August 2, 2023.

4. No answer has been received.

5. DeSantis the Governor of the State of Florida, and I have no reason to believe he is either an infant nor an incompetent person. Moreover, I have queried the

1

Department of Defense's SCRA website, and it has indicated that DeSantis is not currently in the military service of the United States.

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

Dated this August 4, 2023.

/s/*Jason Crews*
Jason Crews

**COPIES** of the forgoing were filed with the court electronically via CM/ECF this same date.

**COPIES** of the forgoing were served via USPS this same date upon:
Ronald DeSantis
400 S Monroe St, Tallahassee, FL 32399

By: /s/*Jason Crews*
Jason Crews