# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Crews,<br><br>    Plaintiff,<br><br>v.<br><br>Ronald DeSantis,<br><br>    Defendant. | NO. CV-23-00969-PHX-MTL<br><br>**CLERK'S ENTRY OF DEFAULT** |

     Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure and upon application by the Plaintiff, default is hereby entered against Defendant Ronald DeSantis. DEFAULT ENTERED this 7th day of August, 2023.

                                          Debra D. Lucas
                                          District Court Executive/Clerk of Court

August 7, 2023

                                          s/ D. Draper
                                 By   Deputy Clerk