**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

JASON CREWS

           Plaintiff

vs.

RONALD DESANTIS

    Defendants.

Case No. 2:23-CV-00969-PHX-MTL

JURY TRIAL DEMANDED

**DECLARATION OF JASON CREWS**
**IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT**

1.      My name is Jason Crews. I am over 18 years old. I can testify competently to the undersigned statements.

2.      My residential telephone numbers 602-295-XXXX is on the National Do-Not-Call Registry and have been for at least 31 days prior to the calls in this action.

3.      I am charged per minute for each call I receive on the numbers.

4.      The numbers are private, residential numbers used for personal, family, and household purposes.

5.      In anticipation of the attached Motion for Default Judgment, I have reviewed my telephone billing records for the numbers. I have identified one telephone calls from the Defendants. That call was made with a prerecorded voice.

6.      After filing the lawsuit, on June 1, 2023, I sent requests to waive service of summons, together with copies of the complaint, two copies of the waiver form and self-addressed stamped envelopes, to the address where Defendants were subsequently served.

7.      Because I never received executed waivers from either Defendant, I needed to

hire a private process server to serve the Defendants. Service for the Defendants totaled $40, as

evidenced by the returns of service.

8.      I also paid the $402 filing fee for this action to the Clerk of Court.

9.      Based on my calling records, I allege one violation of 47 U.S.C. § 227(b)(1)(A).

Accordingly, I am entitled to $500 in statutory and treble damages based on these violations.

10.     I am requesting a default judgment be entered in my favor in the amount of

$1942, representing the sum of my service fees, the filing fee, and the statutory damages.

11.     The individual Defendant in this action, Ronald DeSantis, is the governor of the

State of Florida and an candidate for President of the United States, and I have no reason to

believe he is either an infant nor an incompetent person. Moreover, I have queried the

Department of Defense's SCRA website, and it has indicated that Defendant Ronald DeSantis is

not currently in the military service of the United States.


**I declare under penalty of perjury under the laws of the United States of America that the**

**foregoing is true and correct.**



Dated this August 7, 2023.

                                                          /s/*Jason Crews*
                                            _____

                                              Jason Crews

2

**COPIES** of the forgoing were filed with the court electronically via CM/ECF this same date.


**COPIES** of the forgoing were served via USPS this same date upon:
Ronald DeSantis
400 S Monroe St, Tallahassee, FL 32399


By: _____/s/*Jason Crews*_____

   Jason Crews