Jason Crews
1515 N Gilbert Rd Ste 107-204
Gilbert, AZ 85234
602-295-1875
Jason.crews@gmail.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Jason Crews, | Case No.: 2:23-cv-00969-PHX-MTL |
|---|---|
| Plaintiff, | |
| vs. | [PROPOSED] ORDER |
| Ronald DeSantis | |
| Defendant | |

The Court read and considered Plaintiff's Motion for Costs of Service filed July 27, 2023. Finding Defendant failed to execute a waiver of service,

IT IS ORDERED that Plaintiff is awarded a judgment in his favor in the amount of $1,942.